EDWIN F. SHEEHAN, Respondent, *v.* NORTH COUNTRY COMMUNITY HOSPITAL, Appellant, Impleaded with Another.

Argued January 12, 1937; decided March 9, 1937.

*Richards W. Hannah* and *William A. Earl* for appellant. *Louis G. Hart, Jr.,* for respondent.

Judgment affirmed, with costs, on the authority of *Sheehan* v. *North Country Community Hospital* (273 N. Y. 163). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.